# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160736

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TREVOR LE GASSICK, Trustee of the JAMES
A. BELLAMY TRUST and Personal
Representative of the ESTATE OF JAMES A.
BELLAMY,
  Plaintiff-Appellee,

v

SC:  160736
COA:  344971
Washtenaw CC:  18-000395-CZ

UNIVERSITY OF MICHIGAN REGENTS and
ANDREW D. MARTIN,
  Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the November 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., did not participate due to a familial relationship.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

s0923